Ami Meyers, SBN 296653
ameyers@amimeyerslaw.com
LAW OFFICE OF AMI MEYERS
292 South La Cienega Blvd., Suite 224
Beverly Hills, California 90211
Telephone: (310) 289-5081
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Samuel Sufrin,<br><br>              Plaintiff,<br><br>vs.<br><br>The Hartford Financial Services Group, Inc. et al. | **Case No.: 2:17-cv-08047 R(RAOx)**<br><br>**Location:** Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, Room 880<br>Hon. Manuel Real, U.S. District Judge<br><br>**ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT** |

# ORDER

The Court, having reviewed the parties' Stipulation to Remand Case to Los Angeles Superior Court, and good cause appearing, hereby **GRANTS** the parties' request. This case is therefore remanded to Los Angeles Superior Court for all further proceedings.

**IT IS SO ORDERED.**

Dated:   December 19, 2017

_____

HON. MANUEL REAL
United States District Judge